UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-----------------------------------------------------------

UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

Aliceann Maguire

       Defendant.

-----------------------------------------------------------

Case No.: 97 MJ 01438 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 2020
Poughkeepsie, New York